**Electronically Filed**
**Supreme Court**
**SCWC-21-0000050**
**15-MAY-2025**
**08:01 AM**
**Dkt. 27 ODAC**

SCWC-21-0000050

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

WORLD BOTANICAL GARDENS, INCORPORATED,
Respondent/Plaintiff-Appellee,

vs.

WALTER L. WAGNER and LINDA WAGNER,
Petitioners/Defendants-Appellants,

and

DAN PERKINS,
Respondent/Defendant-Appellant,

and

DAVID ADAMS,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000050; CASE. NO. 3CC051000210)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, and Devens, JJ., and
Circuit Judge Wong, in place of Recktenwald, C.J., recused,
and Circuit Judge Hamman, in place of Ginoza, J., recused)

Petitioners/Defendants-Appellants Walter L. Wagner and

Linda Wagner's application for writ of certiorari filed on March

13, 2025, deemed timely filed as of April 2, 2025, is rejected.

DATED:  Honolulu, Hawaiʻi, May 15, 2025.

/s/ Sabrina S. McKenna

/s/ Todd w. Eddins

/s/ Vladimir P. Devens

/s/ Paul B.K. Wong

/s/ Kirstin M. Hamman